# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alonso Severiano Flores Peraza**<br>DOB: 1986; Mexican citizen<br>A# 088 669 603 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-03161MJ |

Complaint for violation of Title 18, United States Code § 1542

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 9, 2017, at or near Douglas, in the District of Arizona, the defendant, **Alonso Severiano Flores Peraza**, knowingly and willfully made a false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in that while making an application for United States passport, the defendant swore under penalty of perjury that he was a United States Citizen, born in Douglas, Arizona, which statement he knew to be false, all in violation of Title 18, United States Code, Section 1542.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 9, 2017, in Douglas, Arizona, in the District of Arizona, **Alonso Severiano Flores Peraza** submitted an application for a United States passport. In the application, **Flores Peraza** claimed he was born in Douglas, Arizona and was a United States citizen. He presented a California driver's license, an Arizona record of no documented birth, and a birth affidavit from his mother saying he was born in a house in Douglas, Arizona.

Further investigation revealed that **Flores Peraza** was born in Agua Prieta, Mexico. A Mexican birth record with his name, date of birth, and parental information was timely filed with Mexican authorities in October of 1986. The Mexican birth record indicates that he was born in a hospital in Agua Prieta, Mexico, in August of 1986. Additionally, a Mexican national identification card number was found in **Flores Peraza's** name indicating his place of birth as Agua Prieta, Sonora, Mexico, and his nationality as Mexican.

**Flores Peraza** applied for and obtained a non-immigrant B1/B2 visa, border crossing card (BCC) in 2001. To obtain the BCC, **Flores Peraza** claimed he was a Mexican citizen and provided his Mexican passport. In 2008, **Flores Peraza** was stopped by Customs and Border Protection (CBP) at the Douglas port of entry. He was entering the United States on his BCC while attempting to smuggle an alien into the United States. CBP interviewed him and **Flores Peraza** stated he was a Mexican citizen and was born in Mexico. He admitted to attempting to smuggle in an undocumented alien in exchange for an expected payment of $500. His BCC was cancelled following this encounter. In 2014, **Flores Peraza** applied for a delayed Arizona birth certificate. In the application, he claimed he did not have a birth record in any other state or country. His application was denied by Arizona Department of Health Services when they located his Mexican birth record.

On June 19, 2018, **Flores Peraza** was interviewed by Diplomatic Security Service agents. He admitted previously having a non-immigrant visa, making statements that he was a Mexican citizen, and having a Mexican birth record. However, he denied actually being a Mexican citizen and maintained that he was a United States citizen.

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Heather Siegele | SIGNATURE OF COMPLAINANT<br>*/signed/*<br>OFFICIAL TITLE & NAME:<br>Agent Jeffery Crockett<br>Diplomatic Security Service |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*/s/ Leslie A. Bowman* | DATE<br>June 20, 2018 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54