# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01436-TUC-RCC (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Alonso Severiano Flores Peraza, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Velasco (Doc. 29),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Dismiss Indictment (Doc. 23).

Dated this 17th day of December, 2018.

_____
Honorable Raner C. Collins
United States District Judge