# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01436-TUC-RCC (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Alonso Severiano Flores Peraza, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Bowman (Doc. 75),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Dismiss Indictment (Doc. 48).

Dated this 18th day of July, 2019.

_____

Honorable Raner C. Collins
Senior United States District Judge